610

No. 9442.   HARRY E. TILLMAN and NELLIE TILLMAN, his wife, PLAINTIFFS AND RESPONDENTS, v. SHELL OIL COMPANY, a corporation, and C. M. HALL, DEFENDANTS AND APPELLANTS.

310 Pac. (2d) 614.

Decided April 24, 1957.

*Coleman, Jameson & Lamey, Billings, J. D. Lawyer, H. M. Gullickson, C. N. Wagner,* Denver, Colo., for appellant.

*O'Neil & Cavanaugh,* Glendive, for respondent.

MR. CHIEF JUSTICE HARRISON:

Pursuant to stipulation of the parties on file herein, it is ordered that the appeal of the above entitled action be dismissed with prejudice as fully settled, each party to pay his own costs.